Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: (702) 669-4600
Fax: (702) 669-4650
Email:   preilly@hollandhart.com
          smschwartz@hollandhart.com

*Attorneys for WD Services LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT MAGEE, on behalf of himself and other persons similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>WD SERVICES LLC,<br><br>              Defendant. | Case No. :  2:16-cv-02132-JAD-VCF<br><br>**CERTIFICATE AS TO INTERESTED PARTIES PURSUANT TO LR 7.1-1** |

The undersigned, counsel of record for Defendant WD Services LLC, certifies that the following have an interest in the outcome of this case: (1) Green Cash, LLC; (2) Maksym Holovchenko; (3) Mikhail Parshin; and (4) Furkat Kasimov.  These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED this 18th day of November, 2016.

      /s/ Patrick J. Reilly      
Patrick J. Reilly, Esq.
Susan M. Schwartz, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134

*Attorneys for WD Services LLC*

9356472_1

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2016, a true and correct copy of the foregoing **CERTIFICATE AS TO INTERESTED PARTIES PURSUANT TO LR 7.1-1** was served on counsel through the Court's electronic service system as follows:

**Electronic Service:**

Thomas A. Larmore, Esq.
Law Office of Thomas A. Larmore
6952 Encore Way
Las Vegas, Nevada 89119
Tel: (702) 480-0813
Email: thlarmore@outlook.com

Emily A. Westermeier, Esq.
*Pro Hac Vice Submitted*
BEAUMONT COSTALES
3801 Canal Street, Suite 207
New Orleans, LA 70119
Tel: (504) 534-5005
Email: emily.costaleslawoffice@gmail.com

*Attorney for Plaintiff*

                                              /s/ Susann Thompson
                                      An Employee of Holland & Hart LLP

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

9356472_1